## AFFIDAVIT

Before me the undersigned notary public, personally appeared Pia Rebecca Lederman, known to me to be the person who, after being duly sworn by me, upon her oath, does affirm that she has read, understands, and complies with the following:

1. *Dondi Properties Corp. v. Commerce Savings & Loan Assoc.*, 121 F.R.D. 284 (N.D. Tex. 1988)
2. Local Criminal Rules of the United States District Court for the Northern District of Texas
3. Texas Lawyer's Creed
4. Texas Rules of Professional Conduct
5. Federal Rules of Criminal Procedure
6. Court's Judge Specific Requirements

Executed this 24 day, of August, 2023

_____
Pia Rebecca Lederman

## NOTARY ACKNOWLEDGEMENT

Sworn to before me this 24th day of August, 2023

_Sara Nunez_ / _Sara Nuñz_
Notary Public
State of Texas

My commission expires: 2/7/27

SARA NUNEZ
Notary Public, State of Texas
Comm. Expires 02-07-2027
Notary ID 134189509